CASREF,PATENT

# U.S. District Court [LIVE]
## Western District of Texas (Midland)
## CIVIL DOCKET FOR CASE #: 7:26−cv−00211−DC−DTG

Atrius Development Group Corporation, Inc. v. ABC IP, LLC et al
Assigned to: Judge David Counts
Referred to: Judge Derek T. Gilliland
 Related Case:  7:26−cv−00057−DC−DTG
Cause: 28:2201 Declaratory Judgment

Date Filed: 05/26/2026
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**Atrius Development Group Corporation, Inc.**

represented by **Adam V. Floyd**
Floyd Ip
TX
3203 Bluffs Lane
Parker, TX 75002
512−497−7500
Email: AFloyd@FloydIP.com
*ATTORNEY TO BE NOTICED*

**Alexander J. Chern**
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, TX 75201
972−838−6402
Email: achern@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Christian John Hurt**
McKool Smith, P.C.
300 Crescent Court
Ste 1200
Dallas, TX 75201
214−978−4000
Email: churt@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Edward K. Chin**
McKool Smith, P.C.
300 Crescent Court, Suite 1200
Dallas, TX 75201
214−978−4213
Email: echin@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

**Robert M Manley**
McKool Smith
300 Crescent Court
Suite 1500
Dallas, TX 75201
214−978−4226
Fax: 214−978−4044

Email: rmanley@mckoolsmith.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**ABC IP, LLC**                    represented by   **Benjamin J. Christoff**
Fish & Richardson P.C.
1000 Maine Avenue, Sw, Suite 1000
Washington, DC 20024
202−626−7724
Email: christoff@fr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Glenn D Bellamy**
Wood, Herron & Evans LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202
513−241−2324
Fax: 513−241−6234
Email: gbellamy@whe−law.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew A. Colvin**
Fish & Richardson P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
214−747−5070
Fax: 214−747−2091
Email: colvin@fr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201
214−760−6134
Email: bruce@fr.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rare Breed Triggers, Inc.**            represented by   **Matthew A. Colvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rare Breed Firearms LLC**                    represented by    **Matthew A. Colvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lawrence DeMonico**                    represented by    **Matthew A. Colvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Kevin Maxwell**                    represented by    **Matthew A. Colvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Cole LeLeux**                    represented by    **Matthew A. Colvin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carl Edward Bruce**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Michael Register**                    represented by    **Jason W. Snell**
*TERMINATED: 07/10/2026*                    The Snell Law Firm, P.L.L.C.
404 W. 13th Street
Austin, TX 78701
512–477–5291
Email: firm@snellfirm.com

*TERMINATED: 07/10/2026*
*ATTORNEY TO BE NOTICED*

**Michael E. Long**
BrewerLong PLLC
407 Wekiva Springs Road, Ste. 241
Longwood, FL 32779
407−660−2964
Email: mlong@brewerlong.com
*TERMINATED: 07/10/2026*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/26/2026 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC−22008175). No Summons requested at this time, filed by Atrius Development Group Corporation, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Civil Cover Sheet)(Manley, Robert) (Entered: 05/26/2026) |
| 05/26/2026 | Ï 2 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Manley, Robert) (Entered: 05/26/2026) |
| 05/26/2026 | Ï | Case assigned to Judge David Counts. **Pursuant to the Order Assigning Business of the Court as it Relates to Patent Cases, filed 7/25/2022**. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (ktm) (Entered: 05/26/2026) |
| 05/26/2026 | Ï | DEFICIENCY NOTICE: re 1 Complaint, Incorrect header. Please include Midland/Odessa Division. Please do NOT refile the entire document or use the Complaint event as it will create a duplicate charge. Please file ONLY the corrected Complaint using the ATTACHMENT event from the menu and attach the corrected Complaint as the Main Document and LINK the corrected Complaint to the originally filed Complaint and type Corrected Complaint in the docket text. This deficient document will not be forwarded to the assigned judge for consideration. (ktm) (Entered: 05/26/2026) |
| 05/26/2026 | Ï 3 | ATTACHMENT *Corrected Complaint* to 1 Complaint, by Atrius Development Group Corporation, Inc.. (Manley, Robert) (Entered: 05/26/2026) |
| 05/27/2026 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS by Atrius Development Group Corporation, Inc.. (Chin, Edward) (Entered: 05/27/2026) |
| 05/27/2026 | Ï 5 | Summons Issued as to ABC IP, LLC, Lawrence DeMonico, Cole LeLeux, Kevin Maxwell, Rare Breed Firearms LLC, Rare Breed Triggers, Inc., Michael Register. (ktm) (Entered: 05/27/2026) |
| 06/05/2026 | Ï 6 | WAIVER OF SERVICE Returned Executed by Atrius Development Group Corporation, Inc. as to ABC IP, LLC. Waiver sent on 6/3/2026, answer due 8/3/2026. (Chin, Edward) (Entered: 06/05/2026) |
| 06/05/2026 | Ï 7 | WAIVER OF SERVICE Returned Executed by Atrius Development Group Corporation, Inc. as to Cole LeLeux. Waiver sent on 6/3/2026, answer due 8/3/2026. (Chin, Edward) (Entered: 06/05/2026) |
| 06/05/2026 | Ï 8 | WAIVER OF SERVICE Returned Executed by Atrius Development Group Corporation, Inc. as to Kevin Maxwell. Waiver sent on 6/3/2026, answer due 8/3/2026. (Chin, Edward) (Entered: |

| | | |
|---|---|---|
| | | 06/05/2026) |
| 06/05/2026 | Ï 9 | WAIVER OF SERVICE Returned Executed by Atrius Development Group Corporation, Inc. as to Lawrence DeMonico. Waiver sent on 6/3/2026, answer due 8/3/2026. (Chin, Edward) (Entered: 06/05/2026) |
| 06/05/2026 | Ï 10 | WAIVER OF SERVICE Returned Executed by Atrius Development Group Corporation, Inc. as to Rare Breed Firearms LLC. Waiver sent on 6/3/2026, answer due 8/3/2026. (Chin, Edward) (Entered: 06/05/2026) |
| 06/05/2026 | Ï 11 | WAIVER OF SERVICE Returned Executed by Atrius Development Group Corporation, Inc. as to Rare Breed Triggers, Inc.. Waiver sent on 6/3/2026, answer due 8/3/2026. (Chin, Edward) (Entered: 06/05/2026) |
| 06/17/2026 | Ï 12 | SUMMONS Returned Executed by Atrius Development Group Corporation, Inc.. Michael Register served on 6/5/2026, answer due 6/26/2026. (Chin, Edward) (Entered: 06/17/2026) |
| 06/23/2026 | Ï 13 | NOTICE *RE MULTIDISTRICT LITIGATION FILING* by ABC IP, LLC, Lawrence DeMonico, Cole LeLeux, Kevin Maxwell, Rare Breed Firearms LLC, Rare Breed Triggers, Inc. (Attachments: # 1 Attachment – Part 1 – Mot to Transfer and Resp, # 2 Attachment – Part 2 – Mot to Transfer and Resp, # 3 Attachment – Part 3 – Mot to Transfer and Resp, # 4 Attachment – Part 4 – Partisan Resp, # 5 Attachment – Part 5 – TO–1, # 6 Attachment – Part 6 – CTO, # 7 Attachment – Part 7 – TO–2, # 8 Attachment – Part 8 – NOTA)(Colvin, Matthew) (Entered: 06/23/2026) |
| 06/24/2026 | Ï | DEFICIENCY NOTICE: re 13 Notice (Other), (Reason for deficiency, i.e. Header does not read Midland/Odessa Division). Please correct and refile. In the docket text, type Corrected Notice Re Multidistrict Litigation Filing. This deficient document will not be forwarded to the assigned judge for consideration. (ktm) (Entered: 06/24/2026) |
| 06/24/2026 | Ï 14 | NOTICE *RE MULTIDISTRICT LITIGATION FILING (CORRECTED)* by ABC IP, LLC, Lawrence DeMonico, Cole LeLeux, Kevin Maxwell, Rare Breed Firearms LLC, Rare Breed Triggers, Inc. (Attachments: # 1 Attachment – Part 1 – Mot to Transfer and Resp, # 2 Attachment – Part 2 – Mot to Transfer and Resp, # 3 Attachment – Part 3 – Mot to Transfer and Resp, # 4 Attachment – Part 4 – Partisan Resp, # 5 Attachment – Part 5 – TO–1, # 6 Attachment – Part 6 – CTO, # 7 Attachment – Part 7 – TO–2, # 8 Attachment – Part 8 – NOTA)(Colvin, Matthew) (Entered: 06/24/2026) |
| 06/24/2026 | Ï 15 | Pro Hac Vice Letter for Attorney **Benjamin J. Christoff**. (ktm) (Entered: 06/24/2026) |
| 06/24/2026 | Ï 16 | Pro Hac Vice Letter for Attorney **Glenn D. Bellamy**. (ktm) (Entered: 06/24/2026) |
| 06/26/2026 | Ï 17 | MOTION to Appear Pro Hac Vice by Jason W. Snell *on Behalf of Michael E. Long, Esq.* ( Filing fee $ 100 receipt number ATXWDC–22202325) by on behalf of Michael Register. (Attachments: # 1 Proposed Order)(Snell, Jason) (Entered: 06/26/2026) |
| 06/26/2026 | Ï 18 | MOTION to Dismiss for Lack of Jurisdiction by Michael Register. (Snell, Jason) (Entered: 06/26/2026) |
| 06/29/2026 | Ï | Text Order GRANTING 17 Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Entered by Judge David Counts. (This is a text–only entry generated by the court. There is no document associated with this entry.) (GWlc) (Entered: 06/29/2026) |
| 07/06/2026 | Ï 28 | Conditional Transfer Order entered by the Judicial Panel on Multidistrict Litigation. (jb3) (Entered: 07/31/2026) |
| 07/08/2026 | Ï 19 | |

| | | |
|---|---|---|
| | | Unopposed MOTION for Extension of Time to File Response/Reply as to 18 MOTION to Dismiss for Lack of Jurisdiction by Atrius Development Group Corporation, Inc.. (Attachments: # 1 Proposed Order)(Chin, Edward) (Entered: 07/08/2026) |
| 07/09/2026 | Ï 20 | MOTION to Appear Pro Hac Vice by Matthew A. Colvin *for Benjamin J. Christoff* ( Filing fee $ 100 receipt number ATXWDC−22271628) by on behalf of ABC IP, LLC, Lawrence DeMonico, Cole LeLeux, Kevin Maxwell, Rare Breed Firearms LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Proposed Order)(Colvin, Matthew) (Entered: 07/09/2026) |
| 07/09/2026 | Ï 21 | MOTION to Appear Pro Hac Vice by Matthew A. Colvin *for Glenn D. Bellamy* ( Filing fee $ 100 receipt number ATXWDC−22271789) by on behalf of ABC IP, LLC, Lawrence DeMonico, Cole LeLeux, Kevin Maxwell, Rare Breed Firearms LLC, Rare Breed Triggers, Inc.. (Attachments: # 1 Proposed Order)(Colvin, Matthew) (Entered: 07/09/2026) |
| 07/10/2026 | Ï | Text Order GRANTING 19 Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant Michael Register's Motion to Dismiss. It is ORDERED that Plaintiff's Unopposed Motion for Extension of Time to File Response to Defendant Michael Register's Motion to Dismiss is GRANTED. The Plaintiff's response is extended to July 17, 2026. Thank you. Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 07/10/2026) |
| 07/10/2026 | Ï | Text Order GRANTING 20 Benjamin J. Christoff's Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice Pro Hac Vice in this case must register for electronic filing with our Court within 10 days of this Order. Registration is managed by the PACER Service Center. It is further ORDERED that if counsel has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court in compliance with Local Court Rule AT−1(f)(2). Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 07/10/2026) |
| 07/10/2026 | Ï | Text Order GRANTING 21 Glenn D. Bellamy's Motion to Appear Pro Hac Vice. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice Pro Hac Vice in this case must register for electronic filing with our Court within 10 days of this Order. Registration is managed by the PACER Service Center. It is further ORDERED that if counsel has not already done so, shall immediately tender the amount of $100.00, made payable to: Clerk, U.S. District Court in compliance with Local Court Rule AT−1(f)(2). Entered by Judge David Counts. (This is a text−only entry generated by the court. There is no document associated with this entry.) (db) (Entered: 07/10/2026) |
| 07/10/2026 | Ï 22 | ORDER AND ADVISORY. REFERRING CASE to Magistrate Judge Derek T. Gilliland. Signed by Judge David Counts. Referral Magistrate Judge: Derek T. Gilliland. (kg) (Entered: 07/10/2026) |
| 07/10/2026 | Ï 23 | NOTICE *of Dismissal of Michael Register Without Prejudice* by Atrius Development Group Corporation, Inc. (Chin, Edward) (Entered: 07/10/2026) |
| 07/10/2026 | Ï 24 | ORDER. Michael Register terminated. Attorney Michael E. Long and Jason W. Snell terminated.(slt) (Entered: 07/13/2026) |
| 07/14/2026 | Ï 25 | AMENDED COMPLAINT against ABC IP, LLC, Lawrence DeMonico, Cole LeLeux, Kevin Maxwell, Rare Breed Firearms LLC, Rare Breed Triggers, Inc. amending 1 Complaint,., filed by Atrius Development Group Corporation, Inc..(Chin, Edward) (Entered: 07/14/2026) |
| 07/17/2026 | Ï 26 | NON−CONSENT to Trial by US Magistrate Judge by ABC IP, LLC, Lawrence DeMonico, Cole LeLeux, Kevin Maxwell, Rare Breed Firearms LLC, Rare Breed Triggers, Inc.. (Colvin, Matthew) (Entered: 07/17/2026) |
| 07/17/2026 | Ï 27 | |

| | | |
|---|---|---|
| | | CONSENT to Trial by US Magistrate Judge by Atrius Development Group Corporation, Inc.. (Chin, Edward) (Entered: 07/17/2026) |
| 07/31/2026 | 29 | ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER entered by the Judicial Panel on Multidistrict Litigation(jb3) (Entered: 07/31/2026) |